■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MOORE, Appellant. [853 NYS2d 879]—

Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered October 25, 2004, convicting defendant, upon his plea of guilty, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Defendant received effective assistance of counsel (*see People*

*v Ford*, 86 NY2d 397, 404 [1995]), and his plea was knowing, intelligent and voluntary (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]). Although, at the suppression hearing, defense counsel rested on the record without making any arguments, defendant has not shown that any such arguments could have resulted in suppression of any evidence (*compare People v Johnson*, 37 AD3d 363 [2007]), or that counsel's performance at the hearing had any effect on his guilty plea (*see People v Petgen*, 55 NY2d 529, 535 n 3 [1982]). Concur—Lippman, P.J., Tom, Williams and Acosta, JJ.